AO 442 (Rev. 11/11) Arrest Warrant

11555471

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.

MARCUS ORLANDO BROWN
U.S. MARSHAL-DC PM2:04
RECEIVED MAY 19 '23

*Defendant*

)
)
)
)
)
)
)

Case: 1:23-cr-00073
Assigned To : Kollar-Kotelly, Colleen
Assign. Date : 5/18/2023
Description: Superseding Indictment (B)
Related Case: 23-cr-73 (CKK)

## ARREST WARRANT

To:     Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     **MARCS ORLANDO BROWN**,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☑ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

21 USC 846 - Conspiracy to Distribute and Possess With Intent to Distribute 400 Grams or More of a Mixture and Substance Containing a Detectable Amount of Fentanyl;
FORFEITURE: 21 USC § 853(p); and 28 USC § 2461(c)

Date:   05/18/2023

Zia M. Faruqui
2023.05.18 16:02:02 -04'00'

*Issuing officer's signature*

City and state:   WASHINGTON, D.C.          ZIA M. FARUQUI, U.S. MAGISTRATE JUDGE
*Printed name and title*

### Return

This warrant was received on *(date)* 5/19/2023, and the person was arrested on *(date)* 5/30/2023
at *(city and state)*   DC DC

Date: 5/30/2023

Trejo
*Arresting officer's signature*

Trejo M. DUSM
*Printed name and title*